IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02812-MSK-KLM

DEBORAH STANECKI,

    Plaintiff,

v.

TURNING POINT CAPITAL, INC., a New York corporation,
MR. SARGENT, aka John Doe #1, and
DAN TRIAFF, aka John Doe #2,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Complaint** [Docket No. 15; Filed March 15, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#15] is **GRANTED**. Plaintiff's First Amended Complaint [#15-2] is accepted for filing as of the date of this Minute Order.

    Dated:  March 18, 2013