IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02812-MSK-KLM

DEBORAH STANECKI,

    Plaintiff,

v.

TURNING POINT CAPITAL, INC.,
BRYAN S. SARGENT,
DANIEL CHIRAYATH,

    Defendants.

## JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to the offer of judgment served June 21st, 2013 and the acceptance thereof filed June 25th, 2013, with proof of service and in accordance with the Federal Rules of Civil Procedure, it is

ORDERED that judgment is hereby entered for Plaintiff and against Defendant in the amount of $9,500.00, inclusive of statutory and actual damages together with all costs and all reasonable attorneys' fees incurred to date. It is

FURTHER ORDERED that post judgment interest shall accrue at the rate of 0.13% from the date of entry of judgment.

DATED at Denver, Colorado this 26th of June, 2013.

                                  JEFFREY P. COLWELL, CLERK

                                  By:   s/ Edward P. Butler
                                               Edward Butler, Deputy Clerk