IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02812-MSK-KLM

DEBORAH STANECKI,

      Plaintiff,

v.

JOHN DOE #1 a/k/a "Mr. Sargent"; and
JOHN DOE #2 a/k/a "Dan Triaff",

      Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Motion to Dismiss Parties Bryan Sargent and Daniel Chirayath (Motion) **(#31)** filed July 29, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted by Plaintiff against Defendants Bryan Sargent and Daniel Chirayath are hereby dismissed with prejudice. The Clerk is directed to close this case.

DATED this 1st day of August, 2013.

      **BY THE COURT:**

      */s/ Marcia S. Krieger*

      Marcia S. Krieger
      Chief United States District Judge