IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02812-MSK-KLM

DEBORAH STANECKI,

    Plaintiff,

v.

JOHN DOE #1 a/k/a "Mr. Sargent"; and
JOHN DOE #2 a/k/a "Dan Triaff",

    Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Dismissal filed on August 1, 2013, it is

ORDERED that all claims asserted by Plaintiff against Defendants Bryan Sargent and Daniel Chirayath are hereby dismissed with prejudice and the case is closed. It is further

ORDERED that defendants are AWARDED costs, to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this  2nd  day of August, 2013.

                                    FOR THE COURT:

                                    JEFFREY P. COLWELL, CLERK

                                    By: s/ Edward P. Butler
                                    Edward P. Butler, Deputy Clerk